Skip to Main Content Logout My Account Search Menu New Case Search Refine Search  Back

Location : Non-Criminal Cases   Images   Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 25-019155-NO

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Otis Elevator Company** | |
| | | |
| **Plaintiff** | **Williams, Renee** | **Cherie L. Lobb** |
| | | *Retained* |
| | | (248) 591-4090(W) |
| | | |
| | | Daniel Allan Groves |
| | | *Retained* |
| | | (248) 591-4090(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 12/03/2025 | **Complaint, Filed** |
| | *(Clerk: Keefe, C)* |
| 12/03/2025 | **Service Review Scheduled** |
| | *(Clerk: Keefe, C) (Due Date: 03/04/2026)* |
| 12/03/2025 | **Status Conference Scheduled** |
| | *(Clerk: Keefe, C)* |
| 12/03/2025 | **Case Filing Fee - Paid** |
| | *$175.00 Fee Paid (Clerk: Keefe,C)* |
| 03/05/2026 | **Status Conference**  (8:00 AM) (Judicial Officer Hughes, Muriel) |

---

### FINANCIAL INFORMATION

To pay on Adult Criminal cases        CLICK HERE

**Plaintiff** Williams, Renee
Total Financial Assessment          175.00
Total Payments and Credits          175.00
**Balance Due as of 01/12/2026**          **0.00**

| | | | | |
|---|---|---|---|---|
| 12/04/2025 | Transaction Assessment | | | 175.00 |
| 12/04/2025 | eFiling | Receipt # 2025-97308 | The Lobb Law Firm | (175.00) |

The Lobb Law Firm
24681 Northwestern Highway
Suite 4100
Southfield, MI 48075

CERTIFIED MAIL

9589 0710 5270 0090 4458 01

METROPLEX MI 480

2025 PM

FP ✆ US POSTAGE
$ 011.31
First-Class - IMI
ZIP 48304
07/23/2025
034B 0081826079

Otis Elevator Company c/o
The Corporation Company
40600 Ann Arbor Road East, Suite 201
Plymouth, MI 48170

48170-467551

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS | CASE NO. 25-019155-NO Hon. Muriel Hughes |
|---|---|---|

Court telephone no.: 313-224-2415

| Plaintiff's name(s), address(es), and telephone no(s) Williams, Renee | | Defendant's name(s), address(es), and telephone no(s). Otis Elevator Company |
|---|---|---|

v

**Plaintiff's attorney, bar no., address, and telephone no**
Cherie L. Lobb 61385
24681 Northwestern Hwy
Southfield, MI 48075

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint   has been previously filed in ☐ this court, ☐_____ Court,        where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.          | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 12/3/2025 | Expiration date* 3/4/2026 | Court clerk Carla Keefe |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)          **SUMMONS**          MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



## STATE OF MICHIGAN
## IN THE 3RD CIRCUIT COURT FOR THE COUNTY OF WAYNE

RENEE WILLIAMS,

      Plaintiff,

vs.

OTIS ELEVATOR COMPANY,

      Defendant.

Case No. 25-    -NO
Hon.

---

THE LOBB LAW FIRM
CHERIE LOBB (P61385)
DANIEL GROVES (P74026)
Attorneys for Plaintiffs
24681 Northwestern Highway, Suite 4100
Southfield, MI 48075
(248) 591-4090/Fax: (248) 587-8557
daniel@thelobblawfirm.com
gina@thelobblawfirm.com (assistant)

---

*There is no other pending or resolved civil action arising*
*out of the same transaction or occurrence as alleged in*
*this complaint.*

## COMPLAINT

**NOW COMES** Plaintiff, RENEE WILLIAMS, by and through her attorneys at THE LOBB LAW FIRM, and for her Complaint hereby states as follows:

### GENERAL ALLEGATIONS

1.      Plaintiff, RENEE WILLIAMS, is a resident of the City of Detroit, County of Wayne, State of Michigan.

2.      Defendant, OTIS ELEVATOR COMPANY , is a business entity, authorized to do, and so conducting business in the City of Detroit, County of Wayne, State of Michigan, and has its resident agent as The Corporation Company, 40600 Ann Arbor Road East, Suite 201, Plymouth, Michigan, 48170.

3.      The amount in controversy herein is in excess of Twenty-Five Thousand ($25,000.00) Dollars, exclusive of interest and cost, and is otherwise within the jurisdiction of this honorable court.

4.      On July 5, 2023, Plaintiff was lawfully on Detroit Institute of Arts (hereinafter "DIA") located at 5200 Woodward Avenue, Detroit, Michigan, 48202. Plaintiff is an employee of the DIA and was performing her job as a custodian. Plaintiff entered onto an elevator that is maintained by Defendant, Otis Elevator Company. While Plaintiff was on the elevator it suddenly dropped because of the negligence of Defendant, through its agents, servants, representatives, and employees. These conditions ultimately caused Plaintiff to suffer grievous injuries.

5.      Defendant was aware and/or should have been aware of the hazardous condition prior to the incident which caused Plaintiff serious injuries, yet, Defendant did nothing to remedy the hazardous condition.

6.      Defendant, at all times pertinent hereto, pursuant to common law, owed Plaintiff a duty to maintain the elevator in a reasonably safe manner, avoid exposing Plaintiff to unreasonable risks of harm, and warn Plaintiff of dangerous and hazardous conditions which are known and/or should have been known to Defendant, their employees, managers and/or agents.

7.      Notwithstanding the above-mentioned duties and obligations, Defendant breached these duties owed to Plaintiff and was negligent in the following ways, including but not limited to:

      a.  Allowing a dangerous condition to exist on the premises which was not fit for the use intended by the parties;

2

b. Failing to warn Plaintiff of hazardous conditions that existed which was known, or in the exercise of reasonable care, should have been known by the defendant;

c. Failing to keep the premises in reasonable repair and to comply with health and safety laws of the State of Michigan, County of Wayne and City of Detroit;

d. Failing to take action to repair and/or remedy the dangerous condition which caused injury to Plaintiff;

e. Creating an unsafe and hazardous condition which caused serious injury to Plaintiff;

f. Failing to act with due diligence and maintain the premises in a reasonably safe condition;

g. Violating MCL Sec. 125.471 by failing to maintain the premises in a safe condition.

h. Violation of other duties not heretofore mentioned.

8. As a direct and proximate cause of Defendant's negligence, Plaintiff sustained serious bodily injuries which were and are painful and disabling and necessitated extensive medical care.  In addition, Plaintiff suffered injuries, and these injuries caused possible aggravation of pre-existing conditions or reactivation of dormant conditions.

9. Plaintiff was unable to attend to her usual affairs or render services as before, and was hampered in the enjoyment of her normal pursuits of life as before.

10. Plaintiff has suffered loss of earnings, and loss of earning capacity, and was required to expend or become liable for various sums of money in or about securing medical care and treatment and will be liable for such medical care in the future. Further, said injuries, pain, suffering, and residuaries thereof are permanent and the result of the negligence of Defendant as herein before alleged.

3

**WHEREFORE** Plaintiff, RENEE WILLIAMS, demands judgment against Defendant, Otis Elevator Company to compensate for her injuries and damages in an amount in excess of $25,000.00 (twenty-five thousand dollars) as she is found to be entitled as determined by the trier of fact, along with costs, interest, and attorney fees so wrongfully sustained.

Respectfully submitted,

THE LOBB LAW FIRM

*/s/ Cherie Lobb*

CHERIE LOBB (P61385)
DANIEL GROVES (P74026)
Attorneys for Plaintiff
24681 Northwestern Highway, Suite 4100
Southfield, Michigan 48075
(248) 591-4090/Fax: (248) 587-8557
daniel@thelobblawfirm.com

Dated: December 3, 2025

4